AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00180 |
| William Bierbrodt | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/24/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* William Bierbrodt,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 1361 - Willfully injure or depredate any property of the United State,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 07/24/2023

*Issuing officer's signature*

2023.07.24
12:13:39 -04'00'

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 7/24/23, and the person was arrested on (date) 7/26/23
at (city and state) St. Cloud, Florida.

Date: 7/26/23

*Arresting officer's signature*

TFO Jesuel Cortes
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Bierbrodt, (DOB: XXXXXXXX)<br>William Bierbrodt, (DOB: XXXXXXXX)<br><br>Defendant(s) | )<br>)<br>)  Case: 1:23-mj-00180<br>)  Assigned to: Judge Meriweather, Robin M.<br>)  Assign Date: 7/24/2023<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

**Code Section** — **Offense Description**

William Bierbrodt
- 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
- 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
- 18 U.S.C. § 1752(a)(4) - Physical Violence in a Restricted Building or Grounds,
- 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
- 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
- 18 U.S.C. § 1361 - Willfully injure or depredate any property of the United State,
- 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder

Joseph Bierbrodt:
- 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
- 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
- 18 U.S.C. § 1752(a)(4) - Physical Violence in a Restricted Building or Grounds,
- 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
- 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
- 10 U.S.C. § 5104(e)(2)(F) - Physical Violence in a Capitol Building or Grounds,
- 18 U.S.C. § 111(a)(1) - Assault on a Federal Officer or on a Person Assisting a Federal Officer,
- 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

__Ian Ankney, Special Agent__
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/24/2023__

_____
Judge's signature

2023.07.24
12:11:14 -04'00'

City and state: __Washington, D.C.__       __Robin M. Meriweather, U.S. Magistrate Judge__
Printed name and title

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:23-mj-1837-EJK

**WILLIAM BIERBRODT**

AUSA: Matthew Del Mastro

Defense Attorney: Todd Doss, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | July 26, 2023<br>1:37 P.M.-2:00 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 23 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Ebonie S. Henderson-Larrame |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (RULE 5C)**

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights, including Rule 20 rights.
Court inquires of the defendant-No issue as to competency.
Government advises defendant of the counts in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government motion for release- Motion granted- Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court orders transfer of the case to the District of Columbia for further proceedings.
Court adjourned.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:23-mj-1837-EJK

WILLIAM BIERBRODT

Charging District's
Case No. <u>1:23-mj-180</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **William Bierbrodt**, understand that I have been charged in another district, the District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

[X] an identity hearing and production of the warrant

[X] a preliminary hearing

[X] a detention hearing

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

July 26, 2023

_____
Defendant's Signature

_____
Signature of defendant's attorney

D Todd Doss
_____
Printed name of defendant's attorney

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:23-mj-01837-EJK-1

| | |
|---|---|
| Case title: USA v. Bierbrodt | Date Filed: 07/26/2023 |

Assigned to: Magistrate Judge Embry J. Kidd

**Defendant (1)**

| | | |
|---|---|---|
| **William Bierbrodt** | represented by | **D. Todd Doss**<br>Federal Public Defender's Office<br>201 S Orange Ave., Ste 300<br>Orlando, FL 32801-3417<br>407-648-6338<br>Fax: 386/755-3181<br>Email: todd_doss@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P ENTERING AND REMAINING IN A RESTRICTED BUILDING OR GROUNDS, 18:1752.P DISORDERLY AND DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR GROUNDS, 18:1752.P PHYSICAL VIOLENCE IN A RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY | |

DEMONSTRATING, OR PICKETING ON CAPITOL GROUNDS,18:1361.F WILLFULLY INJURE OR DEPREDATE ANY PROPERTY OF THE UNITED STATES, 18:231.F OBSTRUCTION OF LAW ENFORCEMENT DURING CIVIL DISORDER

**Plaintiff**

USA                                  represented by   **Matthew Del Mastro**
DOJ-USAO
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813-274-6168
Email: matthew.del.mastro@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of William Bierbrodt from the District of Columbia (JOR) . Modified on 7/26/2023 to edit docket text (BCB). (Entered: 07/26/2023) |
| 07/26/2023 | 2 | ***CJA 23 Financial Affidavit by William Bierbrodt. (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 3 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to William Bierbrodt: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 4 | ORAL MOTION to Appoint Counsel by William Bierbrodt. (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER granting 4 Oral Motion to Appoint Counsel as to William Bierbrodt (1). Signed by Magistrate Judge Embry J. Kidd on 7/26/2023.** (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 6 | ORAL MOTION for Release from Custody by USA as to William Bierbrodt. (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 7 | **ORAL ORDER granting 6 Oral Motion for Release from Custody as to William Bierbrodt (1). Conditions of Release to be issued by separate order. Rendered in open court by Magistrate Judge Embry J. Kidd on 7/26/2023.** (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 8 | **ORDER Setting Conditions of Release Signed by Magistrate Judge Embry J. Kidd on 7/26/2023.** (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 7/26/2023 as to William |

| | | |
|---|---|---|
| 07/26/2023 | 8 | WAIVER of Rule 5 & 5.1 Hearings hearing by William Bierbrodt. (JOR) (Entered: 07/26/2023) |
| 07/26/2023 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to William Bierbrodt regarding your case number: 1:23-mj-180. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (JOR) (Entered: 07/26/2023) |