# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 23-401 CRC** |
| | **:** | |
| | **:** | |
| **JOSEPH BIERBRODT,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, submits he following Status Report:

1.      The Court ordered that a Joint Status Report be filed in this matter on or before March 21, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock.   Minute Order, February 5, 2024.

2.      On November 15, 2023, a Grand Jury returned an Indictment that charged the Defendant with eight counts that arose from the Defendant's conduct on January 6, 2021.  ECF No. 30.

3.      Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4.      On December 4, 2023, the United States tendered a settlement proposal to the Defendant.  Counsel for the Defendant has not responded to that offer.

5.      Beginning on March 13, 2024, undersigned counsel began reaching out to counsel for the Defendant to ascertain what specific information he wished included in this Status Report. Counsel for the Defendant has not responded to those numerous voice messages and emails.

6.    Consequently, the United States respectfully requests that this Court set an on-record status conference for the purpose of setting a trial schedule.


Respectfully submitted,


*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493